UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AR-RAHEEM WILLIAMS,

                     Petitioner,

   -against-

E. R. DONNELLY, Superintendent,
Wende Correctional Facility,

                     Respondent.
-----------------------------------------------------------------X

JUDGMENT
00-CV- 4445 (DGT)
00-CV- 4447 (DGT)
00-CV- 4448 (DGT)

An Order of Honorable David G. Trager, United States District Judge, having been filed on September 16, 2005, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated April 12, 2005, after an independent review of the record; dismissing petitioner's applications for writs of <u>habeas corpus</u>; and ordering that Certificates of Appealabilty shall not issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; that petitioner's applications for writs of <u>habeas corpus</u> are dismissed; and that Certificates of Appealability shall not issue.

Dated: Brooklyn, New York
       September 16, 2005

                                                 s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 20, 2005 ★
TIME A.M. / P.M. _____